5 FLETCHER vs. CIRCUIT JUDGE (Kalamazoo), 39 M., 301.

Held, that a fine under the Statute, Comp. L., 7110, for not observing a writ of mandamus only applies where the writ has actually issued and been disobeyed, and that a failure to make return to an order to show cause does not come within the Statute.

6 HEWETT vs. PROBATE JUDGE (Oakland), 67 M., 1.

In applications for mandamus all record evidence relied upon should be brought before the court as exhibits, in the shape of certified copies or authenticated in some way, rather than by bare recital of its existence in the petition.

Kronin vs. Board of Supervisors, 58 M., 448.

7 PLUGGER ET AL. vs. TOWNSHIP BOARD (Filmore), 11 M., 196.

7½ D. & H. RAILROAD CO. vs. TOWNSHIP BOARD (Salem), 19 M., 11.

Order to show cause issued during preceding term. Return made in vacation. Cause not placed on docket.

Held, that in such case the cause must be treated as a calendar cause, regularly noticed and placed on docket, and the records and briefs printed.